**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KEVIN A. NARANJO MURILLO,

Petitioner,

v.

LEONARD ODDO; *et al.*,

Respondents.

NO. 3:26-CV-1923

**ORDER**

It appears to the Court that Petitioner was detained pursuant to 8 U.S.C. § 1226(a) and had a bond hearing scheduled to take place on November 17, 2026 (ECF 8). Because Petitioner has not challenged the adequacy of that bond hearing, **IT IS ORDERED** that his habeas petition is hereby denied without prejudice as moot. The Clerk of Court shall mark this case as **CLOSED**.

DATED this 19th day of November, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Kevin A. Naranjo Murillo
A222567449
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866